IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                          Criminal No. 1:11CR10038-001

ERIC D. PARKER,
    Defendant.

## **FINAL ORDER OF FORFEITURE**

On June 22, 2012, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc.18). In the Preliminary Order of Forfeiture, the following assets were forfeited to the United States: Regent .22 caliber revolver, serial number R55705, a Mossberg 12 gauge shotgun, serial number UM124129, and any ammunition, pursuant to 18 U.S.C. §§ 924(d) and 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On July 26, 2012, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

1

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on June 22, 2012, shall become final at this time.

IT IS SO ORDERED this 31 day of July, 2012

_____
HONORABLE HARRY F. BARNES
UNITED STATES DISTRICT JUDGE